DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

SCOTT ANDREW SANDS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0147
_____

March 11, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

PER CURIAM.

Reversed and remanded for further proceedings. *See Hartley v. State*, 927 So. 2d 1030, 1030 (Fla. 2d DCA 2006) (holding that because the appeal of the trial court's probation revocation order was unrelated to the defendant's Florida Rule of Criminal Procedure 3.850 motion challenging the underlying convictions, "the postconviction court erred by dismissing Hartley's motion on the ground that it did not have jurisdiction to rule"); *see also Clark v. State*, 720 So. 2d 1097, 1098 (Fla. 2d DCA 1998) (explaining that the issues raised on appeal and in the rule 3.850 motion were unrelated and that the postconviction court had jurisdiction to consider the motion because "[t]he [postconviction] court could consider the merits of Clark's rule 3.850 motion without passing

judgment on any of the issues this court would need to consider" on appeal).

VILLANTI, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.